UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SAN JAMAR INC.,

    Plaintiff,

v.

DWL INTERNATIONAL TRADING INC.,
*d/b/a* WINCO/DWL INDUSTRIES CO.,

    Defendant.

Case No. 16-CV-1142-JPS

ORDER

---

On September 11, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own fees and costs. (Docket #60). The parties have further agreed that the Court will retain jurisdiction for purposes of enforcement of the agreement. *Id.* The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #60) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own fees and costs.

Dated at Milwaukee, Wisconsin, this 12th day of September, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge